**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:18-cv-80488-DMM**

ANGELETTE GREEN,

    Plaintiff,

v.

THE SCHOOL BOARD OF PALM
BEACH COUNTY,

Defendant.

_____/

## MEDIATOR'S REPORT

    This matter was mediated before the undersigned mediator on October 9, 2018. The Parties were able to reach an agreement and the case settled. The Parties will file appropriate dismissal paperwork.

                                            *s/Robyn S. Hankins*_____
                                            Robyn S. Hankins, Esq.
                                            Florida Bar No. 0008699
                                            ROBYN S. HANKINS, P.L.
                                            4600 Military Trail, Suite 217
                                            Jupiter, Florida 33458
                                            Telephone:  (561) 721- 3890
                                            Facsimile:  (561) 721-3889
                                            robyn@hankins-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the Foregoing Document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the persons on the service list.

By: /s Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
robyn@hankins-law.com

## SERVICE LIST

Lisa M. Kohring, Esq.
JulieAnn Rico, Esq. - General Counsel
3300 Forest Hill Blvd., Suite C-331
West Palm Beach, FL 33406
Telephone: 561-434-8750
Facsimile: 561-434-8105
lisa.kohring@palmbeachschools.org
christena.butala@palmbeachschools.org
tish.pickens@palmbeachschools.org

Alexander D. del Russo
CARLTON FIELDS JORDEN BURT, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
CityPlace Tower, Suite 1200.
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6350
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
adelrusso@carltonfields.com

Anne Tomasello, Esq.
Scott Wagner & Associates, P.A.
250 S. Central Blvd, suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
atomasello@scottwagnerlaw.com